Inasmuch as the collector has not yet acted upon the request for reliquidation, no valid protest against the collector's decision on such request is before the court. As such, the instant proceeding is dismissed without prejudice.

Judgment will be entered accordingly.

**No. 69820.**—East West Import Co. and James G. Wiley et al. *v.* United States, protests 275957–K, etc. (Los Angeles).

Opinion by LANDIS, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

**No. 69821.**—James G. Wiley and East West Import Co. et al. *v.* United States, protests 59/32084, etc. (Los Angeles).

Opinion by LANDIS, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.